Submitted on record and briefs August 4, reversed September 27, 2006

In the Matter of Marcus Gray,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## MARCUS GRAY,
*Appellant.*

04008CF; A129041

144 P3d 1006

Janie M. Burcart filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Linder, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of an order continuing his involuntary commitment for mental illness. Appellant argues that the record does not establish by clear and convincing evidence that he suffers from a mental disorder or that, as a result of a mental disorder, he is presently a danger to others. The state concedes that the evidence is insufficient to establish that defendant is dangerous to others and that the judgment should be reversed. On *de novo* review of the record, we accept the state's concession and reverse.

Reversed.